**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Thomas Kelly v. Reynaldo Guevara, et al.,          Case Number: 24-cv-05354

An appearance is hereby filed by the undersigned as attorney for:

Jake Rubinstein

Attorney name (type or print): Kenneth M. Battle

Firm: O'Connor & Battle, LLP

Street address: 111 West Jackson Blvd., Suite 1700

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6269381          Telephone Number: (312) 786-4600
(See item 3 in instructions)

Email Address: kbattle@mokblaw.com

Are you acting as lead counsel in this case?          ☑ Yes   ☐ No

Are you acting as local counsel in this case?          ☐ Yes   ☑ No

Are you a member of the court's trial bar?          ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes   ☐ No

If this is a criminal case, check your status.          ☐ Retained Counsel

                                                      ☐ Appointed Counsel
                                                        If appointed counsel, are you

                                                            ☐ Federal Defender

                                                            ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/17/2024

Attorney signature:    S/ Kenneth M. Battle
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015