# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Thomas Kelly v. Reynaldo Guevara, et al.,

Case Number: 24-cv-05354

An appearance is hereby filed by the undersigned as attorney for:

Jake Rubinstein

Attorney name (type or print): Michele J. Braun

Firm: O'Connor & Battle, LLP

Street address: 111 West Jackson Blvd., Suite 1700

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6187398
(See item 3 in instructions)

Telephone Number: (312) 786-4609

Email Address: mbraun@mokblaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/17/2024

Attorney signature: S/ Michele J. Braun
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015